AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00096-TUC-LCK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mallinckrodt, Inc. c/o The Corporation Trust Company, Agent for Service of Process

was received by me on *(date)* 6/11/2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Daisy Montenegro, Intake Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* Mallinckrodt, Inc. c/o The Corporation Trust Company, Agent for Service of Process on *(date)* 6/13/2019 at 10:12am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 17, 2019

*Server's signature*

Juan Jose Soriano, Registered CA Process Server
#2014182718 / Los Angeles County

*Printed name and title*

OnDemand Legal, Inc. (916) 329-8636
901 H Street Ste 107
Sacramento, CA 95814
Reference No. 192657

*Server's address*

Additional information regarding attempted service, etc:

ADDITIONAL DOCUMENST SERVED:
Complaint; Notice to Parties - Mandatory Initial Discovery Pilot Project